1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOSE VELEZ, | Case No. 5:18-cv-04275- NC |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41** |
| DEAN RENO, ROBERT MORCATE, SELECT HOTELS GROUP, LLC, DOES 1-10, inclusive, | |
| Defendants. | Judge:  Magistrate Nathanael M. Cousins |

Plaintiff Jose Velez and Defendant Select Hotels Group, LLC in this action having so stipulated, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), with each party to bear its own attorney's fees, costs and expenses.

DATED: March 15, 2019



Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED

Judge Nathanael M. Cousins

Buchalter
A Professional Corporation
Irvine

**ORDER OF DISMISSAL**
BN 35762299v1

Case No. 5:18-cv-04275- NC